UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62194-CIV-ALTMAN

YAZAN SALEH,

    Plaintiff,

vs.

CHASE BANK USA, N.A.,

    Defendant.

_____/

ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES

The Court directs the parties to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **October 31, 2019**. In addition, by **October 31, 2019**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of October 2019.

 

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record