UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62194-CIV-ALTMAN

YAZAN SALEH,

    Plaintiff,

vs.

CHASE BANK USA, N.A.,

    Defendant.

_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers the matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of October 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record