UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:19-CV-62194-RKA

YAZAN SALEH,

    Plaintiff,

v.

CHASE BANK USA, N.A.,

    Defendant.

_____/

## STATEMENT OF CLAIM

Plaintiff YAZAN SALEH ("Plaintiff") files this Statement of Claim and states:

Defendant is a business entity engaged in the business of financial services. Plaintiff is the sole subscriber of the cellular telephone number 786-683-2247 ("Plaintiff's Cellphone"). On a date better known by Defendant, Defendant began calling Plaintiff's Cellphone regarding an alleged account Plaintiff had with Defendant on a regular basis. Defendant was calling Plaintiff in an attempt to collect a debt.

On numerous occasions, when Plaintiff answered a call from Defendant, Plaintiff would hear either an extended pause before a represented would come on the line, or an automated message telling Plaintiff that the call was from Defendant and to please return Defendant's call at a provided number.

Defendant utilized a combination of hardware and software systems place calls to Plaintiff's Cellphone. The combination of hardware and software systems used by Defendant place calls to Plaintiff's Cellphone meet the statutory definition of an automated telephone dialing system ("ATDS") under the TCPA.

Prior to June 25, 2019, all calls Defendant made to Plaintiff's Cellphone were made

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540

www.JibraelLaw.com

without Plaintiff's prior express consent. On June 25, 2019, in response to the frequency at which Defendant was calling Plaintiff's Cellphone, as well as the intrusive nature of receiving telephone calls from Defendant on a nearly daily basis, Plaintiff instructed Defendant to only call Plaintiff's Cellphone on Wednesdays, as any other day was inconvenient. Plaintiff also reiterated these instructions to Defendant *via* a letter which Plaintiff faxed to Defendant.

Despite Plaintiff's clear instructions to Defendant on June 25, 2019, Defendant continued calling Plaintiff freely and without limitation. Since June 25, 2019, Defendant has called Plaintiff's Cellphone more than fifty (50) times on days other than Wednesday. Subsequent to June 25, 2019, Defendant knew or should have known that all calls Defendant was placing to Plaintiff's Cellphone on days other than Wednesday were being made without Plaintiff's express consent.  Defendant continues to call Plaintiff's Cellphone on days other than Wednesday.

## *COUNT I* - **VIOLATION OF THE TCPA**

The TCPA prohibits anyone from using an automated telephone dialing system to call a cell phone number without the called party's prior express consent. 47 U.S.C. § 227(b)(1)(A)(iii). Prior to June 25, 2019, Defendant did not have Plaintiff's prior express consent to make any of the calls Defendant placed to Plaintiff's Cellphone. Subsequent to June 25, 2019, all calls Defendant made to Plaintiff's Cellphone on any day other than Wednesday were made by Defendant without Plaintiff's express consent. At minimum, after June 25, 2019, all calls Defendant made to Plaintiff's Cellphone, on any day other than Wednesday, were knowing made without Plaintiff's express consent and in violation of the TCPA.

Defendant calls to Plaintiff's Cellphone using an ATDS and/or prerecorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C. § 227(b)(1)(A)(iii).  As a result of Defendant's unlawful calls to Plaintiff's Cellphone, Plaintiff suffered harm and injury.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540

www.JibraelLaw.com

### *COUNT II* - **VIOLATION OF THE FCCPA**

Defendant is an entity whose conduct must conform to the requirements of Fla. Stat. § 559.72(7) and Fla. Stat. § 559.72(9). Each of Defendant's calls to Plaintiff's Cellphone were in an attempt to collect a debt from Plaintiff. The debt which Defendant sought to collect from Plaintiff was one which Plaintiff incurred primarily for personal, family, and household purposes. Plaintiff explicitly informed Defendant to only call Plaintiff on Wednesdays, as any other day was inconvenient; however, despite full-well knowing this, Defendant continued to call Plaintiff's Cellphone on days other than Wednesday. Defendant knew that by calling Plaintiff's Cellphone after Plaintiff explicitly asked Defendant to only call Plaintiff on Wednesdays Defendant could reasonably expected to be harassing Plaintiff. As such, Defendant has violated Florida Statute §559.72(7) by willfully communicating with Plaintiff in such frequency as can reasonably be expected to harass Plaintiff.

Defendant has violated Florida Statute §559.72(9) by attempting to collect a debt from Plaintiff by and through telephone calls which violate the TCPA as set forth in *Count I*. Defendant knew or should have known that it (Defendant) did not have Plaintiff's consent to call Plaintiff in an attempt to collect a debt on any day other than Wednesdays. As such, by and through each unlawful call Defendant made to Plaintiff's Cellphone, Defendant was attempting to collect a debt from Plaintiff which Defendant knew it did not have the authority to attempt collect from Plaintiff.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540

www.JibraelLaw.com

Dated: December 26, 2019

Respectfully Submitted,

 /s/ Jibrael S. Hindi                               .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:     954-907-1136
Fax:       855-529-9540

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 26, 2019, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

 /s/ Jibrael S. Hindi                         _____

**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259

PAGE | **4** of **4**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540

www.JibraelLaw.com